GEORGE E. CLARK, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the authority of *Killen* v. *New York Central Railroad Company*, decided herewith [*ante*, p. 8]. All concur, Crouch, J., in result only, upon the ground that plaintiff was guilty of contributory negligence as matter of law. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JOSEPHINE PAONE, as Administratrix, etc., of METTEO PAONE, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal on the law on the ground that the document containing the statements of Dr. Crosby was not a proof of death within the meaning of the policy, nor was he a physician of whom questions in respect to death could be asked, under the terms of the policy. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOHN P. GRIER, an Infant, by JOHN GRIER, His Guardian ad Litem, Respondent, v. THE H. H. FRANKLIN MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. In affirming this judgment we are not to be taken as agreeing w th the learned trial justice in the grounds given by him for his reduction of the amount of the verdict. We think the evidence in relation to epilepsy was properly received (*Cross* v. *City of Syracuse*, 200 N. Y. 393), and we affirm the order reducing the verdict on the ground that the same was excessive even with such evidence in the case. All concur. Present — Clark, Sears, Taylor, Sawyer and Edgcomb, JJ.

THE TRUSTEES OF THE PRESBYTERIAN SOCIETY IN ONONDAGA HOLLOW, Respondent, v. THE SYRACUSE LIGHTING COMPANY, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Petition of WILLIAM P. ZWILLING and FRANK V. ZWILLING, for the Judicial Construction of the Last Will and Testament of MARGARET K. ROOKER, Deceased.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. Present — Clark, Sears, Taylor, Sawyer and Edgcomb, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERNANDO DI MAGGIO, Appellant.— Judgment of conviction affirmed. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

ORRY R. EVANS and Another, as Executors, etc., of ELIZABETH SMITH, Deceased, Respondents, v. CLARA E. KRATZ, Appellant.— Judgment affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

MANUFACTURERS AND TRADERS-PEOPLES TRUST COMPANY, as Trustee, Respondent, v. DAKOTA ELEVATOR CORPORATION and Another, Defendants. SUPERIOR ELEVATOR CORPORATION and Another, Appellants.— Order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.